INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): _Feb. 29, 2016_

2. Deadline for first request for production of documents and first request for interrogatories: _March 29, 2016_

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: plaintiff(s) _0_; defendant(s) _0_

3. Date for completion of any joinder of additional parties and amendment of the pleadings: _April 14, 2016_

3(a). Number of proposed additional parties to be joined, if any, by: plaintiff(s) _5-10_; defendant(s) _0_

4. Number of depositions by plaintiff(s) of: parties _7-11_; non-parties _0-3_

5. Number of depositions by defendant(s) of: parties _1_; non-parties _up to 5_

6. Date of status conference (joint status report due two business days in advance): _____

7. Date for completion of factual discovery: _August 29, 2016_

8. Are expert witnesses needed? Yes ___ No _✓_

8(a). Number of expert witnesses, if any, of plaintiff(s): medical _N/A_; non-medical _N/A_

8(b). Date for completion of those expert reports: _N/A_

8(c). Number of expert witnesses, if any, of defendant(s): medical _N/A_; non-medical _N/A_

8(d). Date for completion of those expert reports: _N/A_

9. Date for completion of expert discovery: _N/A_

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance): _____

11. Types of contemplated dispositive motions by

3

plaintiff(s) and dates for filing of those motions:   <u>Summary Judgment</u>
<u>Thirty days after close of discovery</u>

12. Types of contemplated dispositive motions by defendant(s) and dates for filing of those motions:   <u>Summary Judgment</u>
<u>Thirty days after close of discovery</u>

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)   Yes ___ No ✓

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)   Yes ___ No ✓

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)   Yes ___ No ✓

4