UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

NOAH PHILLPOTTS,

                                                      Plaintiff,

-against-

CITY OF NEW YORK; School Safety Agent
MARIA BRAVO, Shield No. 6286; Police Officer
FRANCK EMMANUEL; School Safety Agent
MICHAEL HINDS; School Safety Agent JOSEPH
TORRES; School Safety Agent SARA ODWIN;
School Safety Agent DEVEEKA SUSANKAR;
School Safety Agent WILLIAM RANDOLPH;
School Safety Agent SALVATORE MONTANA;
Sergeant IVAN ACEVEDO; Police Officer
VINCENT DIBENEDETTO; School Safety Agent
LASHARTA FOSKEY; and JOHN and JANE
DOE 1 through 10, individually and in their
official capacities (the names John and Jane Doe
being fictitious, as the true names are presently
unknown),,

                                                      Defendants.

------------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15CV06795

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      August 16, 2016

| | |
|---|---|
| HARVIS & FETT LLP<br>*Attorneys for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, NY 10007<br>212-323-6880 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>  *Bravo, Susankar, Odwin, Torres,*<br>  *Montana, Hinds, Emmanuel, Acevedo,*<br>  *DiBenedetto, and Foskey*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *Gabriel P. Harvis*<br>    Gabriel P. Harvis<br>    *Attorney for Plaintiff* | By: _____*Linda Mindrutiu*_____<br>    Linda Mindrutiu<br>    *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON JACK. B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016